UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENEVA FINANCIAL, LLC; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:23-cv-04575-RGK-MRWx <br> ~~2:23-cv-04575~~ <br><br> ~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [20] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class claims alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: 10/24/2023

_____
Honorable R. Gary Klausner
U.S. District Judge